UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRENE AVINA,<br>on behalf of Plaintiff and a class,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>DYNAMIC RECOVERY SOLUTIONS,<br>LLC and CROWN ASSET<br>MANAGEMENT, LLC,<br><br>*Defendants*. | Civil Action No. 1:21-cv-03590<br><br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that Defendants, Dynamic Recovery Solutions, LLC ("DRS") and Crown Asset Management, LLC ("Crown") (collectively "Defendants"), by and through the undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the Circuit Court of Cook County, Illinois, identified by case number 2021CH02718, to the United States District Court for the Northern District of Illinois, and shows the Court as follows:

1.     This action was commenced in the Circuit Court of Cook County, Illinois by serving Plaintiff's Complaint on Defendant DRS on June 7, 2021 and Defendant Crown on June 10, 2021.

2.     Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

3.     Plaintiff Irene Avina ("Plaintiff") brought this action against Defendants for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

4.      This Court has original jurisdiction over Plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.      The Circuit Court of Cook County, Illinois is located in the Northern District of Illinois, 28 U.S. § 93(a). Venue is proper because this is the "district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a) and 1446(a).

6.      The instant Notice of Removal is being filed within the thirty (30) days of Defendants having been served with the Summons and Complaint.  Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

7.      Defendants will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

8.      Defendants will file a true and accurate copy of this Notice of Removal with the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** Defendants respectfully request that the aforementioned State Court Action, now pending in the Circuit Court of Cook County, Illinois, be removed to the United States District Court for the Northern District of Illinois.

Dated: July 6, 2021     Respectfully submitted,

**MALONE FROST MARTIN PLLC**

s/ PATRICK A. WATTS____
PATRICK A. WATTS, IL Bar #6302112
150 S. Wacker Dr., Ste. 2400
Chicago, IL 60606
P: (312) 741-0990
F: (888) 632-6937
pwatts@mamlaw.com

***COUNSEL FOR DEFENDANTS***
***DYNAMIC RECOVERY SOLTUIONS, LLC***
***CROWN ASSET MANAGEMENT, LLC***

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and via electronic mail pursuant to 28 U.S.C. §1446(d), on this 6th day of July, 2021, to:

Daniel Edelman
Heather Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
dedelman@edcombs.com
hkolbus@edcombs.com
*Attorneys for Plaintiff*

       /s/PATRICK A. WATTS_____
       PATRICK A. WATTS