IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRENE AVINA, <br> on behalf of Plaintiff and a class, <br><br> Plaintiff, <br><br> vs. <br><br> DYNAMIC RECOVERY <br> SOLUTIONS, LLC; and CROWN <br> ASSET MANAGEMENT, LLC, <br><br> Defendants. | 21 C 3590 <br><br> Judge Rowland |

## NOTICE OF RESOLUTION

Plaintiff Irene Avina and Defendants Dynamic Recovery Solutions, LLC and Crown Asset Management, LLC respectfully submit this notice to inform the Court that the Parties have resolved this matter on an individual basis. The Parties expect to file a stipulation of dismissal within the next 60 days. The Parties request that the Court stay all pending deadlines.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark St., Suite 1500 <br> Chicago, IL  60603 <br> (312) 739-4200 | s/ Patrick A. Watts (w/ consent) <br> Patrick A. Watts <br> MALONE FROST MARTIN PLLC <br> 150 S. Wacker Drive, Suite 2400 <br> Chicago, IL  60606 <br> (312) 741-0990 |

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on August 19, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following party:

    Patrick A. Watts – pwatts@mamlaw.com
    MALONE FROST MARTIN PLLC
    150 S. Wacker Drive, Suite 2400
    Chicago, IL 60606

                              /s/ Heather Kolbus
                              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)